USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 03-221-ERIE |
| DEFENDANT | TYPE OF PROCESS |
| CAROL S. MCGARREY | SUMMONS/COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CAROL S. MCGARREY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
10265 ROSE STREET, LAKE CITY, PA 16423

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LORI A. GIBSON
BERNSTEIN LAW FIRM P.C.
SUITE 2200 GULF TOWER
PITTSBURGH PA 15219

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE SERVE THE ABOVE NAMES INDIVIDUAL ON OR BEFORE JUNE 23 2005.
PLEASE POST PROPERTY AS PER COURT ORDER.
PLEASE NOTE BELOW IF DEFENDANT APPEARS COMPETENT AND IS IN THE US MILITARY SERVICE.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 5-23-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 68
District to Serve No. 68
Signature of Authorized USMS Deputy or Clerk: SS
Date: 5/27/05

[ ] I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Date: 6/23/05
Time: 11:00 [✓] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 15.00 | 8.00 | 68.00 | | 68.00 |

REMARKS: TO ERIE 6-1-05
APPEARS COMPETENT YES____ NO____  US MILITARY YES____ NO____
1-DUSM  45.00  15.00 mileage

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00