IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

Civil Action No. 03-221-Erie

    vs.

CAROL S. MCGARREY

    Defendant

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

Before me, the undersigned authority, personally appeared Lori A. Gibson, Esquire, of the law firm of Bernstein Law Firm, P.C., who, being duly sworn according to law, deposes and says that service of the Summons and Complaint was made by Plaintiff on June 1, 2005 upon the Defendant as evidenced by a copy of the U.S Postal form 3817 receipt attached hereto as Exhibit "A".

                                                Lori A. Gibson, Esquire
                                                PA I.D. No.# 68013
                                                Bernstein Law Firm, P.C.
                                                2200 Gulf Tower
                                                Pittsburgh, PA 15219
                                                Phone (412) 456-8100/Fax (412) 232-4618
                                                **Bernstein File No. F0033885**

Sworn to and subscribed
before me this _18th_
day of ___Aug___, 2005.

_Cheryl A. Bauer_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cheryl A. Bauer, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 22, 2008
Member, Pennsylvania Association Of Notaries



EXHIBIT A