IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Civil No.: 03-221E |
| v. | ) | |
| CAROL S. MCGARREY, | ) | |
| Defendant. | ) | |

## AFFIDAVIT

I, Lori A. Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion for Default and Default Judgment are true and correct to the best of my knowledge, information and belief.

　　　　　　　　　　　　　　　　　　　　　　Lori A. Gibson, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief.

Executed on the __16__ day of ~~August~~ 2005

　　　　　　　　　　　　　　　　　　　　　　Lori A. Gibson, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States of America