IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROL S. MCGARREY, )<br>)<br>Defendant. )<br>) | Civil No.: 03-221 E |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Default and Default Judgment was served on the following individual on the __16__ day of __August__ 2005, by U.S., First-Class Mail.

CAROL S. MCGARREY
10265 ROSE STREET
LAKE CITY, PA 16423

_____
LORI A. GIBSON, ESQUIRE
PA ID NO: #90512