IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No.:03-221-ERIE |
| v. ) | |
| ) | |
| CAROL S. MCGARREY ) | |
| ) | |
| Defendant ) | |

### JUDGMENT

**AND NOW**, to wit, this _____ day of _____, 2005, after presentation and consideration of the foregoing Motion for Default and Default Judgment, heretofore filed by the Plaintiff, the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Default is hereby entered against Defendant, Carol S. McGarrey, for failure of answer and Judgment by Default is hereby entered against said Defendant and in favor of Plaintiff, the United States of America, as follows:

| | |
|---|---|
| Principal and Advances | $ 83,919.73 |
| Interest to 12/31/02 | $ 3,821.29 |
| Interest from January 1, 2003 through August 8, 2005 | |
| At the daily rate of $16.96 | $ 16,128.96 |
| Interest subject to recapture | $ 6,393.40 |
| TOTAL | $110,263.38 |

lus interest accruing from the date of Judgment at the annual rate of 7.375%.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiffs' Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
United States District Court Judge