IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                Civil Action No. 03-221-Erie

CAROL S. MCGARREY

    Defendants

### PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $83,919.73 |
| Interest to 12/31/02 | $ 3,821.29 |
| Interest at the daily rate $16.96 from 1/1/03 through 9/2/05, date of judgment | $16,552.96 |
| Interest Credit Subject to Recapture | $ 6,393.40 |
| Administrative Costs | $ 250.00 |
| Marshal Costs | $ 553.83 |
| Total | $111,491.21 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

Respectfully submitted,
BERNSTEIN LAW FIRM, P.C.

By: _____
Lori A. Gibson, Esquire
Attorney for Plaintiff
PA I.D. #68013
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
**DIRECT DIAL: (412) 456-8100**

XLA003396V001
11/17/2005