IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                                                              Civil Action No. 03-221-Erie

CAROL S. MCGARREY

    Defendants

## WRIT OF EXECUTION

| United States of America | ) | |
| --- | --- | --- |
| | ) | ss: |
| Western District of Pennsylvania | ) | |

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

All that certain piece or parcel of land situate in the Borough of Lake City, County of Erie and Commonwealth of Pennsylvania, Being Lot No. 35 of the PLAN OF LOTS FOR RESUBDIVISION OF PARK SHORES SUBDIVISION as recorded October 22, 1992 at Erie County Map 1992-252.

This parcel is commonly known as 10265 Rose Street, Lake City, Pennsylvania and bears Erie County Tax Index No. (28) 5-6.8-8.

Being the same premises conveyed to Carol S. McGarrey by deed dated July 24, 2000 and Recorded in the Erie County Recorder of Deeds Office Erie, Pennsylvania in Deed Book Volume 716 Page 1093.

Issue Writ of Execution in the above matter:

| | |
| --- | --- |
| Principal | $83,919.73 |
| Interest to 12/31/02 | $ 3,821.29 |
| Interest at the daily rate $16.96 from 1/1/03 through 9/2/05, the date of judgment | $16,552.96 |

NLA003396V001
11 22 2005

| | |
|---|---|
| Interest Credit Subject to Recapture | $ 6,393.40 |
| Administrative Costs | $ 250.00 |
| Marshal Costs | $ 553.83 |
| Total | $111,491.21 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

Seal of the Court
Date: DEC 0 6 2005

_____
DEPUTY CLERK

NLA003396V001
12 17 2005