IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                    Civil Action No. 03-221-Erie

CAROL S. MCGARREY

    Defendants

## AFFIDAVIT OF LAST KNOWN ADDRESS

    Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

CAROL S. MCGARREY
10265 ROSE STREET
LAKE CITY, PA 16423

AND

CAROL S. MCGARREY
3223 REGIS DRIVE
ERIE, PA 16510

Lori A Gibson, Esquire

Sworn to and subscribed
before me this _____ day
of _____, 2005

Notary Public